1

2

3

4

5

6

7

8           **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    RALPH E. DUMONT,                          No. 2:13-CV-2541-CMK-P

12            Petitioner,

13       vs.                                    ORDER

14    SUPERIOR COURT EL
      DORADO COUNTY,

15
              Respondent.

16
                                          /
17

18           Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

19    habeas corpus pursuant to 28 U.S.C. § 2254.

20           Petitioner seeks the appointment of counsel.  There currently exists no absolute

21    right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453,

22    460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any

23    stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254

24    Cases.  In the present case, the court does not find that the interests of justice would be served by

25    the appointment of counsel at the present time.

26    / / /

                                           1

1            Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment

2 of counsel (Doc. 3) is denied without prejudice to renewal, at the earliest, after a response to the

3 petition has been filed.

4

5    DATED: February 4, 2014

6
                                        _____

7                                **CRAIG M. KELLISON**
                               UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26