IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH E. DUMONT,

    Petitioner,

  vs.

SUPERIOR COURT EL DORADO COUNTY,

    Respondent.

No. 2:13-CV-2541-CMK-P

ORDER

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 24, 2014, the court dismissed petitioner's petition with leave to amend because petitioner had not named the proper respondent. Petitioner filed his first amended petition on March 4, 2014, but names as respondent "California Superior Court," which is not the proper respondent. Additionally, petitioner has filed a number of supplements and amendments, including a motion to add further grounds for relief (Doc. 31), to the first amended petition, none of which are complete in and of themselves. Petitioner's request for leave to add further grounds for relief will be granted and petitioner's first amended petition will be dismissed with leave to amend to: (1) name the proper respondent; and (2) to include all grounds for relief in a single amended petition.

Also before the court is petitioner's motion (Doc. 19) for an order to provide him with a copy of a report he filed with the El Dorado County Sheriff's Department.  Petitioner's motion is construed as a motion for leave to conduct discovery and, so construed, is denied as premature pending the filing of a complete petition naming the proper respondent and containing cognizable claims suitable for service and response.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion (Doc. 19) is construed as a motion for leave to conduct discovery and, so construed, is denied as premature;

2. Petitioner's amended petition for a writ of habeas corpus (Doc. 23) is dismissed with leave to amend;

3. All supplements related to the amended petition (Docs. 25, 26, 28, and 30) are stricken;

4. Petitioner's motion for leave to present additional grounds for relief (Doc. 31) is granted;

5. Petitioner shall file an amended petition, on the form provided by the Clerk of the Court, which names the proper respondent and contains all asserted grounds from relief and supporting documentation in a single pleading, within 30 days of the date of this order; and

6. The Clerk of the Court is directed to forward to petitioner the court's form Section 2254 Habeas Petition.

DATED: July 24, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE