IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH E. DUMONT, | No. 2:13-CV-2541-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| JEROME PRICE, et al.,[1] | |
| Respondents. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On February 24, 2014, the court dismissed petitioner's petition with leave to amend because petitioner had not named the proper respondent. Petitioner filed his first amended petition on March 4, 2014, but named as respondent "California Superior Court," which is not the proper respondent. Additionally, petitioner filed a number of supplements and amendments, including a motion for add further grounds for relief (Doc. 31), to the first amended

---

[1] This action proceeds on the amended petition (Doc. 34) filed on August 22, 2014, pursuant to the court's July 25, 2014, order. The amended petition now names the correct respondent. The Clerk of the Court will be directed to update the docket accordingly.

petition, none of which are complete in and of themselves.  On July 25, 2014, the court dismissed the amended petition for failure to name the correct respondent.  The court also directed petitioner to file an amended petition naming the correct respondent and including all claims and requests for relief in a single pleading.  Petitioner's supplements were stricken.

Now before the court is petitioner's amended petition filed pursuant to the court's July 25, 2014, order.  While petitioner now names the correct respondent, petitioner has repeated his pleading practice of filing numerous "supplements" to the amended petition.  Once again, petitioner will be directed to file a further amended petition which contains all claims and requests for relief <u>in a single pleading</u>.  Petitioner is cautioned that failure to comply with this order may result in dismissal of the entire action.  <u>See</u> Local Rule 110.

Finally, petitioner seeks a stay of consideration of the instant matter (Doc. 33) until such time as the state court has completed his review.  After filing this request, however, petitioner filed a "notice" attaching the state court's decisions, through the California Supreme Court.  Therefore, the request for a stay will be denied as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's amended petition for a writ of habeas corpus (Doc. 34) is dismissed with leave to amend;

2. All supplements related to the amended petition (Docs. 36 and 37) are stricken;

3. Petitioner's motion for a stay (Doc. 33) is denied as moot;

4. Petitioner shall file an amended petition, on the form provided by the Clerk of the Court, which names the proper respondent and contains all asserted grounds from relief and supporting documentation in a single pleading, within 30 days of the date of this order;

5. The Clerk of the Court is directed to forward to petitioner the court's form Section 2254 Habeas Petition; and

/ / /

6. The Clerk of the Court is directed to update the docket to reflect the respondents named in the amended petition at Doc. 34.

DATED: October 30, 2014

　　　　　　　　　　　　　　　　　　/s/ Craig M. Kellison　　　　　　　　　
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE